**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN FRAZIER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00446-AWI-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 12) |

Pursuant to the parties' "Joint Stipulation for Motion to Modify Scheduling Order" (Doc. 12), and with good cause shown, including the additional time needed to schedule an independent medical examination of Plaintiff and arrange for witness and expert depositions, as well as the delays due to seeking out of state and out of country discovery, the Court hereby ORDERS that the Scheduling Order (Doc. 11) is modified as follows:

///

///

///

///

1

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | March 14, 2019 | May 13, 2019 |
| Initial Expert Disclosure Deadline | March 19, 2019 | May 20, 2019 |
| Rebuttal Expert Disclosure Deadline | April 3, 2019 | June 3, 2019 |
| Expert Discovery Cutoff | May 3, 2019 | July 2, 2019 |
| Non-Dispositive Motion Filing Deadline | May 3, 2019 | July 2, 2019 |
| Non-Dispositive Motion Hearing Deadline | June 5, 2019 | July 31, 2019[1] |
| Dispositive Motion Filing Deadline | May 3, 2019 | July 2, 2019 |
| Dispositive Motion Hearing Deadline: | June 17, 2019 | August 19, 2019[2] |
| Settlement Conference | June 27, 2019 | September 24, 2019,[3] at 10:00 a.m. before Magistrate Judge Sheila K. Oberto |
| Pretrial Conference | August 14, 2019, at 10:00 a.m. | October 16, 2019,[4] at 10:00 a.m. before Senior District Judge Ishii |
| Trial | October 15, 2019, at 8:30 a.m. | December 17, 2019,[5] at 8:30 a.m. before Senior District Judge Ishii |

IT IS SO ORDERED.

Dated: __**March 14, 2019**__        /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested Sunday, August 4, 2019, as the hearing date for non-dispositive motions. Since Magistrate Judge Oberto's law and motion calendar is set on Wednesdays and Local Rule 230(b) only requires twenty-eight days between the filing of a motion and the hearing, the date has been advanced to Wednesday, July 31, 2019.

[2] The parties requested Friday, August 16, 2019, as the hearing date for dispositive motions. Since Judge Ishii's law and motion calendar is set on Mondays, the date has been continued to the following Monday.

[3] The parties requested date of Monday, August 26, 2019, for a settlement conference has been continued to comport with the Court's calendar.

[4] The parties requested Monday, October 14, 2019, as the date for the pretrial conference. Since Judge Ishii does not hold pretrial conferences on Mondays, the date has been continued to the following Wednesday.

[5] The parties requested Saturday, December 14, 2019, as the date for trial to begin, but since Judge Ishii begins trials on Tuesdays, the date has been continued to the following Tuesday.