**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ROBIN FRAZIER, | ) Case No. 1:18-cv-00446-AWI-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER MODIFYING CASE SCHEDULE** |
| AMERICAN AIRLINES, INC., | ) |
| Defendant. | ) (Docs. 14 & 15) |

Pursuant to the parties' second "Joint Stipulation for Motion to Modify Scheduling Order" (Docs. 14 & 15)[1], and with good cause shown, including the additional time needed to schedule an independent medical examination of Plaintiff and arrange for witness and expert depositions, as well as the delays due to seeking out of state and out of country discovery, the Court hereby ORDERS that the case schedule (Doc. 13) is modified as follows:

///

///

---

[1] Doc. 14 is a duplicate copy of the Joint Stipulation that was erroneously docketed as a motion.

1

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | May 13, 2019 | August 30, 2019 |
| Initial Expert Disclosure Deadline | May 20, 2019 | September 9, 2019 |
| Rebuttal Expert Disclosure Deadline | June 3, 2019 | September 23, 2019 |
| Expert Discovery Cutoff | July 2, 2019 | October 21, 2019 |
| Non-Dispositive Motion Filing Deadline | July 2, 2019 | October 21, 2019 |
| Non-Dispositive Motion Hearing Deadline | July 31, 2019 | November 20, 2019[2] |
| Dispositive Motion Filing Deadline | July 2, 2019 | October 21, 2019 |
| Dispositive Motion Hearing Deadline: | August 19, 2019 | December 2, 2019 |
| Settlement Conference | September 24, 2019, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto | Vacated; Telephonic conference to discuss re-setting Settlement Conference set for November 21, 2019, at 11:00 a.m.[3] |
| Pretrial Conference | October 16, 2019, at 10:00 a.m. before Senior District Judge Ishii | February 7, 2020,[4] at 10:00 a.m. before Senior District Judge Ishii |
| Trial | December 17, 2019, at 8:30 a.m. before Senior District Judge Ishii | April 7, 2020,[5] at 8:30 a.m. before Senior District Judge Ishii |

IT IS SO ORDERED.

Dated: __May 14, 2019__   /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

---

[2] The parties requested Monday, December 2, 2019, as the hearing date for non-dispositive motions. Since Magistrate Judge Oberto's law and motion calendar is set on Wednesdays and Local Rule 230(b) only requires twenty-eight days between the filing of a motion and the hearing, the date has been modified.

[3] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. **By no later than November 14, 2019, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**

[4] The parties requested Tuesday, February 11, 2020, as the date for the pretrial conference. Since Judge Ishii does not hold pretrial conferences on Mondays, the date has been modified to comport with the Court's calendar.

[5] The parties requested Sunday, April 12, 2020, as the date for trial to begin, but since Judge Ishii begins trials on Tuesdays, the date has been modified to comport with the Court's calendar.