# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN FRAZIER, | ) | Case No. 1:18-cv-00446-AWI-SKO |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER MODIFYING CASE SCHEDULE** |
| AMERICAN AIRLINES, INC., | ) ) | |
| Defendant. | ) ) ) ) ) ) | (Doc. 17) |

Pursuant to the parties' third "Joint Stipulation to Modify Scheduling Order," (Doc. 17), and with good cause shown, including the additional time needed to schedule an independent medical examination of Plaintiff and arrange for witness and expert depositions, as well as the delays due to seeking out of state and out of country discovery, the Court hereby ORDERS that the case schedule (Doc. 16) is modified as follows:[1]

///

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar and scheduling requirements, to allow the Court adequate time to rule on dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

1

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | August 30, 2019 | December 2, 2019 |
| Initial Expert Disclosure Deadline | September 9, 2019 | December 9, 2019 |
| Rebuttal Expert Disclosure Deadline | September 23, 2019 | December 23, 2019 |
| Expert Discovery Cutoff | October 21, 2019 | January 21, 2020 |
| Non-Dispositive Motion Filing Deadline | October 21, 2019 | January 21, 2020 |
| Non-Dispositive Motion Hearing Deadline | November 20, 2019 | February 19, 2020 |
| Dispositive Motion Filing Deadline | October 21, 2019 | January 21, 2020 |
| Dispositive Motion Hearing Deadline: | December 2, 2019 | March 2, 2020 |
| Settlement Conference | Telephonic conference to discuss re-setting Settlement Conference[2] set for November 21, 2019 at 11:00 a.m. | Telephonic conference to discuss re-setting Settlement Conference set for February 19, 2020, at 4:00 p.m.[3] |
| Pretrial Conference | February 7, 2020, at 10:00 a.m. before Senior District Judge Ishii | May 7, 2020, at 10:00 a.m. before Senior District Judge Ishii |
| Trial | April 7, 2020, at 8:30 a.m. before Senior District Judge Ishii | July 7, 2020, at 8:30 a.m. before Senior District Judge Ishii |

IT IS SO ORDERED.

Dated: __August 8, 2019__    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

---

[2] The Court previously vacated the settlement conference date of September 24, 2019, and set a telephonic conference to discuss re-setting the settlement conference on November 21, 2019. (Doc. 16.)

[3] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. **By no later than February 12, 2020, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**