**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN FRAZIER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00446-AWI-SKO<br><br>**ORDER MODIFYING CASE SCHEDULE**<br><br>(Doc. 21) |

Pursuant to the parties' "Joint Stipulation to Modify Scheduling Order," (Doc. 21), and for good cause shown, including the recent substitution of Plaintiff's counsel, (*see* Docs. 19, 20), the additional time needed to schedule an independent medical examination of Plaintiff and arrange for witness and expert depositions, as well as the delays due to seeking out of state and out of country discovery, the Court hereby ORDERS that the case schedule (Doc. 18) is modified as follows:[1]

///

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar and scheduling requirements.

1

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | December 2, 2019 | March 2, 2020 |
| Initial Expert Disclosure Deadline | December 9, 2019 | March 9, 2020 |
| Rebuttal Expert Disclosure Deadline | December 23, 2019 | March 23, 2020 |
| Expert Discovery Cutoff | January 21, 2020 | April 21, 2020 |
| Non-Dispositive Motion Filing Deadline | January 21, 2020 | April 21, 2020 |
| Non-Dispositive Motion Hearing Deadline | February 19, 2020 | May 20, 2020 |
| Dispositive Motion Filing Deadline | January 21, 2020 | April 21, 2020 |
| Dispositive Motion Hearing Deadline: | March 2, 2020 | June 1, 2020 |
| Settlement Conference | Telephonic conference to discuss re-setting Settlement Conference set for February 19, 2020, at 4:00 p.m. | Telephonic conference to discuss re-setting Settlement Conference set for May 13, 2020, at 4:00 p.m.[2] |
| Pretrial Conference | May 7, 2020, at 10:00 a.m. before Senior District Judge Ishii | August 7, 2020, at 10:00 a.m. before Senior District Judge Ishii |
| Trial | July 7, 2020, at 8:30 a.m. before Senior District Judge Ishii | October 6, 2020, at 8:30 a.m. before Senior District Judge Ishii |

IT IS SO ORDERED.

Dated: **December 3, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[2] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. **By no later than May 6, 2020, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**