# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ROBIN FRAZIER, | ) Case No. 1:18-cv-00446-AWI-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER MODIFYING CASE SCHEDULE** |
| AMERICAN AIRLINES, INC., | ) |
| Defendant. | ) (Doc. 24) |

Pursuant to the parties' "Joint Stipulation . . . to Modify Scheduling Order," (Doc. 24), and for good cause shown, including the recent substitution of Plaintiff's counsel, (*see* Docs. 19, 20), the remaining depositions to be conducted, (*see* Doc. 24 at 2), and the additional time needed to schedule an independent medical examination of Plaintiff, as well as the delays due to seeking out of state and out of country discovery, the Court hereby ORDERS that the modified case schedule (Doc. 23) is further modified as follows:[1]

///

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar and scheduling requirements.

1

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | March 2, 2020 | June 1, 2020 |
| Initial Expert Disclosure Deadline | March 9, 2020 | June 8, 2020 |
| Rebuttal Expert Disclosure Deadline | March 23, 2020 | June 22, 2020 |
| Expert Discovery Cutoff | April 21, 2020 | July 20, 2020[2] |
| Non-Dispositive Motion Filing Deadline | April 21, 2020 | July 20, 2020 |
| Non-Dispositive Motion Hearing Deadline | May 20, 2020 | August 19, 2020 |
| Dispositive Motion Filing Deadline | April 21, 2020 | July 21, 2020 |
| Dispositive Motion Hearing Deadline: | June 1, 2020 | August 31, 2020 |
| Settlement Conference | Telephonic conference to discuss re-setting Settlement Conference set for May 13, 2020, at 4:00 p.m. | Telephonic conference to discuss re-setting Settlement Conference set for August 18, 2020,[3] at 4:00 p.m.[4] |
| Pretrial Conference | August 7, 2020, at 10:00 a.m. before Senior District Judge Ishii | November 9, 2020, at 10:00 a.m. before Senior District Judge Ishii |
| Trial | October 6, 2020, at 8:30 a.m. before Senior District Judge Ishii | January 5, 2021, at 8:30 a.m. before Senior District Judge Ishii |

All other directives in the original scheduling order, (Doc. 11), remain unchanged.

IT IS SO ORDERED.

---

[2] The parties request that the expert discovery cutoff be "continued" to the same date it is currently set for, April 21, 2020. (*See* Doc. 24 at 3.) This appears to be a typographical error and thus the Court will continue the expert discovery cutoff 90 days along with the rest of the dates.

[3] The telephonic conference to discuss re-setting the settlement conference is currently set for May 13, 2020. (*See* Doc. 23 at 2.) In the stipulation, the parties request that all pretrial dates be continued by 90 days, and that the telephonic conference be "continued" to April 18, 2020. (*See* Doc. 24 at 3.) This appears to be a typographical error, as April 18, 2020 is a Saturday and is a few weeks earlier than the current date, as opposed to 90 days later. Thus, the Court will continue the telephonic by approximately 90 days, to August 18, 2020. However, **if the parties believe that an earlier settlement conference would be fruitful, they may request a settlement conference date at any time.**

[4] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. **By no later than August 11, 2020, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**

2

Dated: **February 14, 2020**     /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE