# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN FRAZIER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-00446-AWI-SKO<br><br>**ORDER GRANTING STIPULATION AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 26) |

Pursuant to the parties' "Joint Stipulation . . . to Modify Scheduling Order," (Doc. 26), and for good cause shown, including the remaining depositions to be conducted, (*see id.* at 2), and the additional time needed to schedule an independent medical examination of Plaintiff, as well as the delays due to the coronavirus (COVID-19) pandemic and related restrictions, the Court hereby ORDERS that the scheduling order dates are modified as follows:[1]

///

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar and scheduling requirements.

1

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | June 1, 2020 | July 16, 2020 |
| Initial Expert Disclosure Deadline | June 8, 2020 | July 23, 2020 |
| Rebuttal Expert Disclosure Deadline | June 22, 2020 | August 6, 2020 |
| Expert Discovery Cutoff | July 20, 2020 | September 3, 2020 |
| Non-Dispositive Motion Filing Deadline | July 20, 2020 | September 3, 2020 |
| Non-Dispositive Motion Hearing Deadline | August 18, 2020 | October 7, 2020 |
| Dispositive Motion Filing Deadline | July 21, 2020 | September 4, 2020 |
| Dispositive Motion Hearing Deadline: | September 1, 2020 | October 20, 2020 |
| Settlement Conference | Telephonic conference to discuss re-setting Settlement Conference set for August 18, 2020, at 4:00 p.m. | Telephonic conference to discuss re-setting Settlement Conference set for October 1, 2020, at 4:00 p.m.[2] |
| Pretrial Conference | November 9, 2020, at 10:00 a.m. before Senior District Judge Ishii | December 14, 2020, at 10:00 a.m. before Senior District Judge Ishii |
| Trial | January 5, 2021, at 8:30 a.m. before Senior District Judge Ishii | February 16, 2021, at 8:30 a.m. before Senior District Judge Ishii |

All other directives in the original scheduling order, (Doc. 11), remain unchanged.

IT IS SO ORDERED.

Dated:   **June 8, 2020**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.**  Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set.  **By no later than September 24, 2020, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**