# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBIN FRAZIER,<br><br>           Plaintiff,<br><br>     v.<br><br>AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. 1:18-cv-00446-AWI-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER (Fed. R. Civ. P. 16)**<br><br>**(Doc. 29)** |

Having considered the Parties' Stipulation to Modify Scheduling Order (Doc. 29), and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1. The hearing on Defendant's Motion for Summary Judgment (Doc. 28) is continued from October 5, 2020 to October 26, 2020.[1]

2. The Non-Expert Discovery cut off for the flight attendant depositions is continued to October 16, 2020.

3. The Expert Discovery cut off is continued to October 16, 2020.

4. All other dates (*see* Doc. 27) shall remain the same.

IT IS SO ORDERED.

Dated:   **September 11, 2020**              /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Senior District Judge Ishii hears dispositive motions on Mondays at 1:30 p.m.