UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBIN FRAZIER,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 1:18-cv-00446-AWI-SKO<br><br>**SECOND ORDER MODIFYING SCHEDULING ORDER (Fed. R. Civ. P. 16)**<br><br>(Doc. 32) |

Having considered the parties' Stipulation to Continue Pre-Trial Dates (Doc. 32), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4), the case schedule (Docs. 27, 29) is hereby MODIFIED as follows:

    (a)    Non-Expert Discovery Cutoff for the Flight Attendant depositions is continued from October 16, 2020, to **January 16, 2021**;

    (b)    Expert Discovery Cutoff continued from October 16, 2020, to **January 16, 2021**;

    (c)    Non-Dispositive Motion Filing Deadline continued from September 3, 2020, nunc pro tunc, to **February 16, 2021**;

    (d)    Non-Dispositive Motion Hearing Deadline is continued from October 7, 2020, to **March 31, 2021**[1];

---

[1] Magistrate Judge Oberto hears non-dispositive motions on Wednesdays at 9:30 a.m.

     (e)     Dispositive Motion Filing Deadline is continued from September 4, 2020, nunc pro tunc, to **February 16, 2021**;

     (f)     Dispositive Motion Hearing Deadline is continued from October 20, 2020, to **March 29, 2021**[2];

     (g)     The hearing on Defendant's Motion for Summary Judgment will be continued from October 26, 2021 to **February 22, 2021,** at 1:30 p.m. before Senior District Judge Ishii;

     (h)     Telephonic conference to discuss re-setting Settlement Conference is continued from October 1, 2020, to **November 19, 2020,** at 4:00 p.m. before Magistrate Judge Oberto[3];

     (i)     Pre-trial Conference is continued from December 14, 2020, to **April 22, 2021**, at 10:00 a.m. before Senior District Judge Ishii; and

     (j)     Trial date is continued from February 16, 2021, to **June 15, 2021**, at 8:30 a.m. before Senior District Judge Ishii.

IT IS SO ORDERED.

Dated:   **September 28, 2020**              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] As previously advised (*see* Doc. 31 n.1), Senior District Judge Ishii hears dispositive motions on Mondays at 1:30 p.m.

[3] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.**  Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set.