# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBIN FRAZIER,<br><br>            Plaintiff,<br><br>       v.<br><br>AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:18-cv-00446-AWI-SKO<br><br>**FURTHER ORDER MODIFYING SCHEDULING ORDER (Fed. R. Civ. P. 16)**<br><br>(Doc. 34) |

Having considered the parties' Joint Stipulation to Modify Scheduling Order (Doc. 34), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the case schedule (Doc. 33) is hereby MODIFIED as follows:

(a) Non-Expert Discovery Cutoff is continued from January 16, 2021, to **April 16, 2021**;

(b) Expert Discovery Cutoff continued from January 16, 2021, to **April 16, 2021**;

(c) Non-Dispositive Motion Filing Deadline continued from February 16, 2021, to **May 16, 2021**;

(d) Non-Dispositive Motion Hearing Deadline is continued from March 31, 2021, to **June 30, 2021**;

(e) Dispositive Motion Filing Deadline is continued from February 16, 2021, to **May

1        **16, 2021**;

2    (f)    Dispositive Motion Hearing Deadline is continued from March 29, 2021, to **June 28, 2021**[1];

4    (g)    The hearing on Defendant's Motion for Summary Judgment will be continued from February 22, 2021, to **May 24, 2021**, at 1:30 p.m. before Senior District Judge Ishii[2];

7    (h)    Telephonic conference to discuss re-setting Settlement Conference is continued, *nunc pro tunc*, from November 19, 2020, to **March 18, 2021**, at 4:00 p.m. before Magistrate Judge Oberto[3];

10    (i)    Pre-trial Conference is continued from April 22, 2021, to **July 21, 2021**, at 10:00 a.m. before Senior District Judge Ishii; and

12    (j)    Trial date is continued from June 15, 2021, to **September 21, 2021**, at 8:30 a.m. before Senior District Judge Ishii.

IT IS SO ORDERED.

Dated:   **January 11, 2021**             /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] As advised on other occasions (*see* Docs. 31 & 33), Senior District Judge Ishii hears dispositive motions on Mondays at 1:30 p.m.

[2] As the parties' stipulated date falls on a *Saturday*, this date has been adjusted.

[3] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set.